In the Matter of EMPIRE MONUMENT COMPANY, Respondent, against RICHARD J. LEWIS, as Sheriff of Albany County, Respondent, and MARY C. ROSS et al., Appellants.

Argued January 27, 1938; decided March 8, 1938.

*Charles J. Duncan* for appellants.

*Charles J. Tobin* and *Thomas T. Heney* for St. John's Roman Catholic Church, *amicus curiæ.*

*Louis R. Yaguda* for Sheriff of Albany county, respondent.

*Ernest L. Boothby* for Empire Monument Company, respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.